

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 21, 2021**

_____
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re | Confirmed Chapter 11 |
| THINK FINANCE, LLC, *et al.*,[1] | Case No. 17-33964-hdh11 |
| Debtors. | (Jointly Administered) |
| ------------------------------------------------------- | |
| THE THINK FINANCE LITIGATION TRUST, | |
| Plaintiff, | Adv. Case No. 19-03201 |
| v. | |
| 4H Investco LP, *et al.* | |
| Defendants. | |

---

[1] The Debtors are: Think Finance, LLC (3098), Think Finance SPV, LLC (4522), Financial U, LLC (1850), TC Loan Service, LLC (3103), Tailwind Marketing, LLC (1602), TC Administrative Services, LLC (4558), and TC Decision Sciences, LLC (8949).

**SECOND AGREED AMENDED SCHEDULING/DOCKET CONTROL ORDER**

WHEREAS, Plaintiff and Defendants (the "Parties") agree that the effective litigation of this matter requires an extension of the pretrial deadlines and postponement of the trial date; and

WHEREAS, the Parties have agreed upon the deadlines and trial date set forth in the chart below, and

WHEREAS, certain Defendants have sought to consolidate the Parties' discovery obligations across similar adversary proceedings through the filing of a Motion to Consolidate for Discovery [ECF No. 127], which motion, the Parties agree, is not intended to be affected by this Second Agreed Amended Scheduling/Docket Control Order; and

WHEREAS, this Court has determined that an extension of the pretrial deadlines and postponement of the trial date are in the interests of the fair administration of justice and the efficient use of the Parties' and the Court's resources, it is

**ORDERED** that the pretrial deadlines and trial date set forth in the chart below shall control for the duration of this case, subject to further amendment by agreement of the Parties; and it is

**FURTHER ORDERED** that any previous Orders establishing procedures or schedules in this case are hereby supplanted and superseded by this Order.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

60536/0001-40222441v4

| EVENT | DEADLINE | NOTES |
|---|---|---|
| **Plaintiff's Expert Designation** | **June 25, 2021** | |
| **Defendant's Expert Designation** | **July 30, 2021** | |
| **Plaintiff's Expert Report(s)** | **October 29, 2021** | |
| **Defendants' Expert Report(s)** | **November 30, 2021** | |
| **Discovery Cutoff** | **January 28, 2022** | |
| **Deadline for Dispositive Motions** | **March 15, 2022** | |
| **Joint Pre-Trial Order** | **June 24, 2022** | Joint Pre-Trial Order is submitted in compliance with Local District Court Rule 16.4. All counsel are responsible for preparing the Joint Pretrial Order, which shall contain the following: (a) a summary of the claims and defenses of each party; (b) a statement of stipulated facts; (c) a list of the contested issues of fact; (d) a list of contested issues of law; (e) an estimate of the length of trial; (f) a list of additional matters which would aid in the disposition of the case; and (g) the signature of each attorney (or pro se party). |
| **Pretrial Conference** | **July 7, 2022** | |
| **Proposed Findings of Fact and Conclusion of Law** | **Two Weeks Before Docket Call** | |
| **W&E Lists and Exchange Exhibits** | **Two Weeks Before Docket Call** | Each exhibit shall be marked with an exhibit label. Except for impeachment documents, all exhibits, along with a list of witnesses to be called, shall be exchanged with opposing counsel (or pro se party) by this date. All exhibits not objected to in writing by Docket Call shall be admitted into evidence at trial without further proof, except for objections to relevance. Written objections to exhibits will be taken up either at the beginning or during the course of the actual trial or at any pretrial conference. |
| **Docket Call Date** | **July 25, 2022 9:00 a.m.** | The Docket Call Date shall be before the Honorable Harlin D. Hale at the United States Bankruptcy Court for the Northern District of Texas, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, TX 75242 |
| **Trial Date Set (week of)** | **August 1, 2022** | |

###END OF ORDER###

60536/0001-40222441v4

The foregoing *SECOND AGREED AMENDED SCHEDULING/DOCKET CONTROL ORDER* is uploaded with consent of counsel for all Parties to this action:

*/s/ James W. Walker*
James W. Walker (TX Bar No. 20709600)
Cole Schotz P.C.
901 Main Street, Suite 4120
Dallas, Texas 75202
469-557-9390 Telephone
469-533-1587 Facsimile
jwalker@coleschotz.com

-and-

Gary H. Leibowitz, Esq.
(Admitted *pro hac vice*)
Cole Schotz P.C.
300 East Lombard Street, Suite 1450
Baltimore, Maryland 21202
410-230-0660 Telephone
410-230-0667 Facsimile
gleibowitz@coleschotz.com

*Counsel for the Think Finance Litigation Trust*

*/s/ Christopher J. Akin*
Christopher J. Akin (TX Bar No. 00793237)
Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
214-981-3800 Telephone
214-981-3839 Facsimile
cakin@lynnllp.com

*Counsel for certain Defendants*

*/s/ John Mark Chevallier*
John Mark Chevallier (TX Bar No. 04189170)
McGuire, Craddock & Strother, P.C.
2501 N. Harwood St., Suite 1800
Dallas, Texas 75201
214-954-6800 Telephone
214-954-6868 Facsimile
mchevallier@mcslaw.com

*Counsel for certain Defendants*

*/s/ Martyn B. Hill*
Martyn B. Hill (TX Bar No. 09647460)
Pagel, Davis & Hill
1415 Louisiana St., 22nd Floor
Houston, Texas 77002
713-951-0160 Telephone
mbh@pdhlaw.com

*Counsel for Startup Capital Ventures, L.P. and Startup Capital Ventures Management Co., LLC*

60536/0001-40222441v4